UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| PAULA BOBILIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:06-CV-395 |
| | ) | (GUYTON) |
| CLARION INN AND SUITES OF GATLINBURG, TENNESEE, and SAMUEL COX, | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This civil action is before the Court, pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 10], on Plaintiff's Motion for an Order Setting Scheduling Conference [Doc. 11] and Motion for an Order Granting Permission to Amend Complaint. [Doc. 12.] The Court will address each motion in turn.

### I. Motion for an Order Setting Scheduling Conference [Doc. 11]

Plaintiff moves the Court to set a scheduling conference in this case. The Court notes that on April 18, 2007, the Honorable Thomas W. Phillips directed the parties to attempt to settle the case for ninety days before resuming the prosecution of the case. [Doc. 9.] The parties' completed their ninety day period of settlement negotiations on July 17, 2007. In her motion, Plaintiff advised the Court that the parties were unable to reach a settlement in this case. Accordingly, the Court finds Plaintiff's motion [Doc. 11] to be well-taken and the same is hereby **GRANTED**. A scheduling conference is hereby scheduled for **August 20, 2007, at 3:30 p.m.**

1

## II. Motion for an Order Granting Permission to Amend Complaint [Doc. 12]

In her second motion, Plaintiff moves the Court to grant her leave to file an amended complaint in order to add additional parties. Under Fed. R. Civ. P. 15(a), leave to amend pleadings "shall be freely given when justice requires." The Court finds that plaintiff's motion to amend [Doc. 12] is well-taken and the same is hereby **GRANTED**. Plaintiff is directed to file her Amended Complaint within ten (10) days of the entry of this order.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge